**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.: 3:25-cr-00595-BL-JTA** |
| | ) | |
| **CHLOE MICHELLE ALEXANDER** | ) | |

**MOTION FOR DOWNWARD VARIANCE**

**COMES NOW** the Defendant **CHLOE MICHELLE ALEXANDER**, by Undersigned Counsel, and for the reasons set forth in her forthcoming Sentencing Memorandum, respectfully requests that the Court grant a downward variance from the Guidelines.

Dated this 14th day of September, 2026.

Respectfully submitted,

*/s/Rachel Judge*

Rachel Judge
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Rachel_Judge@fd.org
Bar No. 2011N80A

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA )**
**)**
**v. ) CASE NO.: 3:25-cr-00595-BL-JTA**
**)**
**CHLOE MICHELLE ALEXANDER )**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

***/s/Rachel Judge***
Rachel Judge
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: Rachel_Judge@fd.org
Bar No. 2011N80A